UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE, IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2272<br>Master Docket No. 11 C 5468 |
| THOMAS ROSE,<br>        Plaintiff,<br>v.<br>ZIMMER, INC., ZIMMER HOLDINGS, INC., and ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,<br>        Defendants. | No. 13 C 8118<br>Judge Rebecca R. Pallmeyer |

## ORDER

Motion to Dismiss [1365] is granted. Case is dismissed without prejudice.

ENTER:

Dated: March 12, 2015

*[signature]*
REBECCA R. PALLMEYER
United States District Judge